1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01117-AWI-BAM |
| Plaintiff, | **PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| AMI, LTD., A CALIFORNIA LIMITED PARTNERSHIP, et al. | Current MSC Date: October 1, 2014<br>Time: 9:00 a.m.<br>Courtroom: 8 |
| Defendants. | Magistrate Judge Barbara A. McAuliffe |

WHEREAS, the sole remaining defendant in this action, AMI, Ltd., a California Limited Partnership ("Defendant"), has waived service of summons (Dkt. 11) such that its responsive pleading is due on October 7, 2014, which is after the Mandatory Scheduling Conference currently scheduled in this matter for October 1, 2014;

WHEREAS, defendant Big 5 Corp. dba Big 5 Sporting Goods #143 was dismissed without prejudice on July 17, 2014 (Dkt. 5);

NOW, THEREFORE, Plaintiff, Ronald Moore ("Plaintiff"), respectfully requests a continuance of the Mandatory Scheduling Conference to a date on or after November 6, 2014 at the court's convenience, in order to allow Defendant to appear in the action, and to allow the

parties to meet and confer in advance of the scheduling conference and to discuss settlement prior to expending Court resources.

Dated:  September 23, 2014                                MOORE LAW FIRM, P.C.


                                                                                  */s/ Tanya E. Moore*
                                                                                  Tanya E. Moore
                                                                                  Attorneys for Plaintiff
                                                                                  Ronald Moore


## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for October 1, 2014 be continued to November 20, 2014, at 8:30 a.m. before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court. All other requirements set forth in the Court's Order Setting Mandatory Scheduling Conference (Dkt. 2) shall remain unchanged.

IT IS SO ORDERED.

   Dated:   **September 25, 2014**                        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE