1
2

NICK ZINKIN (SBN 216431)
LAW OFFICES OF NICK ZINKIN
5 E. River Park Place West, Suite 204
Fresno, CA  93720
Telephone:  (559) 225-2200
Facsimile:   (559) 225-2295

3
4
5

Attorneys for Defendant, AMI, LTD.,
A California Limited Partnership

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| RONALD MOORE,                                          | )   Case No. 1:14-CV-01117-AWI-BAM |
|                                                        | )                                  |
|                       Plaintiff,                       | )   STIPULATION AND ORDER FOR       |
|                                                        | )   SECOND EXTENSION TO RESPOND TO  |
| vs.                                                    | )   FIRST AMENDED COMPLAINT         |
|                                                        | )                                  |
| AMI, LTD., A CALIFORNIA LIMITED                        | )                                  |
| PARTNERSHIP;                                           | )                                  |
|                       Defendant.                       | )                                  |
|                                                        | )                                  |
|                                                        | )                                  |
|                                                        | )                                  |

18       WHEREAS, on October 7, 2014, Plaintiff, Ronald Moore ("Moore"), and Defendant,

19  AMI, Ltd., a California Limited Partnership ("AMI," and together with Moore, "the Parties"),

20  entered into a stipulation extending AMI's time to respond to Plaintiff's First Amended

21  Complaint to October 22, 2014 (Dkt. 15);

22       WHEREAS, on October 22, 2014, Plaintiff, Ronald Moore ("Moore"), through his

23  attorney of record, Tanya E. Moore, advised AMI through attorney Timothy L. Thompson, who

24  is also representing AMI although has not yet officially appeared in this action, that Moore

25  would not take a default against AMI before October 31, 2014, unless the case had not yet

26  settled and a response had not been filed;

27

28

1    WHEREAS, the Parties are currently exploring settlement, a settlement agreement

2 having been tentatively accepted by AMI and discussions regarding the monetary element of

3 Moore's claim currently being undertaken; and

4    WHEREAS, the Parties wish to fully explore and exhaust settlement efforts prior to

5 incurring the expense of AMI preparing and filing its responsive pleading;

6    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

7 the Parties hereto, through their respective counsel, pursuant to Rule 6 of the Federal Rules of

8 Civil Procedure, and Local Rule 144, that Defendant, AMI, LTD., A CALIFORNIA

9 PARTNERSHIP, shall have an extension of time up to and including NOVEMBER 21, 2014, to

10 file a responsive pleading to Plaintiff's First Amended Complaint on file herein.  This extension

11 does not alter any date or event set by Court order, including the Scheduling Conference set for

12 December 4, 2014.

13 Dated: November 7, 2014          LAW OFFICES OF NICK ZINKIN

14

15
                        By:    /s/ Nick Zinkin
16                                    Nick Zinkin, Attorney for Defendant, AMI LTD.
                                      A California Limited Partnership
17

18 Dated: November 7, 2014          MOORE LAW FIRM, P.C.

19

20
                        By:    /s/ Tanya E. Moore
21                                    Tanya E. Moore, Attorney for Plaintiff, Ronald Moore

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28

1

**ORDER**

2

3       The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED

4    that Defendant AMI, LTD., a California Limited Partnership, shall file a response to Plaintiff's

5    First Amended Complaint on or before November 21, 2014.

6    IT IS SO ORDERED.

7       Dated:    **November 10, 2014**              /s/ *Barbara A. McAuliffe* _

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28